UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ASIAN AMERICANS ADVANCING JUSTICE–ATLANTA,<br><br>  Plaintiff,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State; REBECCA SULLIVAN, in her official capacity as the Vice Chair of the Georgia State Election Board; DAVID WORLEY, in his official capacity as a member of the Georgia State Election Board; MATTHEW MASHBURN, in his official capacity as a member of the Georgia State Election Board; and ANH LE, in her official capacity as a member of the Georgia State Election Board,<br><br>  Defendants. | Civil Action No. 1:21-cv-01333-JPB<br><br>**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

Plaintiff Asian Americans Advancing Justice–Atlanta hereby submits the following statement of its corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3.

**(1) The undersigned Counsel of Record for Plaintiffs certifies that the following is a full and complete list of all parties to this action, including any parent corporation and any publicly-held corporation that owns 10% or more of the stock of a party:**

- Asian Americans Advancing Justice–Atlanta (Plaintiff), which has no parent corporation, nor does a publicly-held company own any interest in it;

- Brad Raffensperger, in his official capacity (Defendant);

- Rebecca Sullivan, in her official capacity (Defendant);

- David Worley, in his official capacity (Defendant);

- Matthew Mashburn, in his official capacity (Defendant); and

1670803

1

- Anh Le, in her official capacity (Defendant).

**(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

- None known.

**(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

Plaintiff

- Phi Nguyen and Hillary Li of Asian Americans Advancing Justice–Atlanta
- Niyati Shah and Terry Ao Minnis of Asian Americans Advancing Justice–AAJC
- Eileen Ma of Asian Americans Advancing Justice–Asian Law Caucus
- Leo L. Lam, R. Adam Lauridsen, Connie P. Sung, and Candice Mai Khanh Nguyen of Keker, Van Nest & Peters LLP

Defendants

- [Intentionally left blank]

Respectfully submitted, this 2nd day of April 2021.

*s/Phi Nguyen*
PHI NGUYEN (Georgia Bar No. 578019)
HILLARY LI (Georgia Bar No. 898375)
**ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA**
5680 Oakbrook Parkway, Suite 148
Norcross, Georgia 30093
404 585 8446 (Telephone)
404 890 5690 (Facsimile)
*pnguyen@advancingjustice-atlanta.org*
*hli@advancingjustice-atlanta.org*

EILEEN MA*
**ASIAN AMERICANS ADVANCING JUSTICE-ASIAN LAW CAUCUS**
55 Columbus Avenue
San Francisco, CA 94111
415 896 1701 (Telephone)
415 896 1702 (Facsimile)
*eileenm@advancingjustice-alc.org*

NIYATI SHAH*
TERRY AO MINNIS*º
**ASIAN AMERICANS ADVANCING JUSTICE-AAJC**
1620 L Street, NW, Suite 1050
Washington, DC 20036
202 815 1098 (Telephone)
202 296 2318 (Facsimile)
*nshah@advancingjustice-aajc.org*
*tminnis@advancingjustice-aajc.org*

LEO L. LAM*
R. ADAM LAURIDSEN*
CONNIE P. SUNG*
CANDICE MAI KHANH NGUYEN*
**KEKER, VAN NEST AND PETERS LLP**
633 Battery Street
San Francisco, CA 94111-1809
415 391 5400  (Telephone)
415 397 7188 (Facsimile)
*llam@keker.com*
*alauridsen@keker.com*
*csung@keker.com*
*cnguyen@keker.com*

*Attorneys for Plaintiff*
*\*Pro hac vice applications forthcoming*
*º Not admitted in D.C.*