# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ASIAN AMERICANS ADVANCING JUSTICE–ATLANTA, et al., *Plaintiffs*, | |
| v. | No. 1:21-cv-1333-JPB |
| BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State; et al., *Defendants*, | |
| REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN SENATORIAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; and GEORGIA REPUBLICAN PARTY, INC., *Proposed Intervenor-Defendants*. | |

**REPLY IN SUPPORT OF
MOTION TO INTERVENE**

Under the Local Rules, "it is not necessary for the movant to file a reply." LR 7.1(C). Movants thus will not burden the Court with extra briefing. Every argument in Plaintiffs' opposition is answered in the reply that Movants filed in *New Georgia Project v. Raffensperger*, Doc. 33, No. 1:21-cv-1229-JPB (N.D. Ga. Apr. 28, 2021). If the Court grants Movants intervention there, it should also grant Movants intervention here and in the other related cases. *See, e.g.*, *Edwards v. Vos*, 2020 WL 6741325, at \*1 (W.D. Wis. 2020) (granting the Republican Party intervention in "one of four lawsuits currently before this court challenging various [Wisconsin election laws]" where the Republican Party had "already been permitted to intervene in two of those lawsuits").

Dated: May 3, 2021                                                    Respectfully submitted,

                                                                                         */s/ Cameron T. Norris*

John E. Hall, Jr. (GA Bar No. 319090)         Tyler R. Green (*pro hac vice*)
William Bradley Carver, Sr. (GA Bar           Cameron T. Norris (*pro hac vice*)
No. 115529)                                                    **CONSOVOY MCCARTHY PLLC**
W. Dowdy White (GA Bar No. 320879)    1600 Wilson Boulevard
**HALL BOOTH SMITH, P.C.**                      Suite 700
191 Peachtree Street NE                              Arlington, VA 22209
Suite 2900                                                       (703) 243-9423
Atlanta, GA 30303                                        tyler@consovoymccarthy.com
(404) 954-6967                                               cam@consovoymccarthy.com

*Counsel for Proposed Intervenor-Defendants*

1

2

### CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

This reply was prepared in Century Schoolbook, 13-point type—one of the font and point selections approved in Local Rule 5.1(C). I certify that I electronically filed this reply with the Clerk of Court using CM/ECF, which will electronically notify all counsel of record.

Dated: May 3, 2021     /s/ *Cameron T. Norris*