UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ASIAN AMERICANS ADVANCING JUSTICE–ATLANTA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*,<br><br>    Defendants. | Case No. 1:21-CV-01333-JPB<br><br>**CONSENT MOTION TO SUBSTITUTE KELVIN WILLIAMS, ACTING ELECTIONS SUPERVISOR OF THE GWINNETT COUNTY BOARD OF REGISTRATIONS AND ELECTIONS, IN HIS OFFICIAL CAPACITY, FOR LYNN LEDFORD, DIRECTOR OF THE GWINNETT COUNTY BOARD OF REGISTRATIONS AND ELECTIONS, IN HER OFFICIAL CAPACITY.** |

Plaintiffs ASIAN AMERICANS ADVANCING JUSTICE–ATLANTA, STEVEN J. PAIK, DEEPUM PATEL, NORA AQUINO, THUY HANG TRAN, THAO TRAN, and ANJALI ENJETI-SYDOW (collectively, "Plaintiffs") respectfully move this Court to substitute Kelvin Williams, Acting Elections Supervisor of the Gwinnett County Board of Registrations and Elections, in his official capacity, as a defendant in place of Lynn Ledford, named as Director of the Gwinnett County Board of Registrations and Elections, in her official capacity. The

1

undersigned has conferred with counsel for Defendants GWINNETT COUNTY BOARD OF REGISTRATIONS AND ELECTIONS, ALICE O'LENICK, WANDY TAYLOR, STEPHEN W. DAY, JOHN MANGANO, GEORGE AWUKU, SANTIAGO MARQUEZ and LYNN LEDFORD (collectively, "Gwinnett County Defendants") and is authorized to state that the Gwinnett County Defendants consent to this motion to substitute. Plaintiffs and the Gwinnett County Defendants stipulate to this substitution to better reflect the nomenclature of the official charged with administering and supervising elections in Gwinnett County under local law.

A proposed order granting the Motion is attached.

Respectfully submitted, this 1st day of June, 2021.

/s/ Phi Nguyen
PHI NGUYEN (Georgia Bar No. 578019)
HILLARY LI (Georgia Bar No. 898375)
**ASIAN AMERICANS ADVANCING JUSTICE–ATLANTA**
5680 Oakbrook Parkway, Suite 148
Norcross, Georgia 30093
404 585 8446 (Telephone)
404 890 5690 (Facsimile)
*pnguyen@advancingjustice-atlanta.org*
*hli@advancingjustice-atlanta.org*

EILEEN MA*
**ASIAN AMERICANS ADVANCING JUSTICE–ASIAN LAW CAUCUS**
55 Columbus Avenue
San Francisco, CA 94111
415 896 1701 (Telephone)
415 896 1702 (Facsimile)
*eileenm@advancingjustice-alc.org*

NIYATI SHAH*
TERRY AO MINNIS*º
**ASIAN AMERICANS ADVANCING JUSTICE–AAJC**
1620 L Street, NW, Suite 1050
Washington, DC 20036
202 815 1098 (Telephone)
202 296 2318 (Facsimile)
*nshah@advancingjustice-aajc.org*
*tminnis@advancingjustice-aajc.org*

LEO L. LAM*
R. ADAM LAURIDSEN*
CONNIE P. SUNG*
CANDICE MAI KHANH NGUYEN*
**KEKER, VAN NEST AND PETERS LLP**
633 Battery Street
San Francisco, CA 94111-1809
415 391 5400 (Telephone)
415 397 7188 (Facsimile)
*llam@keker.com*
*alauridsen@keker.com*
*csung@keker.com*
*cnguyen@keker.com*

*Attorneys for Plaintiff*
*\*Admitted pro hac vice*
*º Not admitted in D.C.*

/s/ TUWANDA RUSH WILLIAMS

Deputy County Attorney

Georgia Bar No. 619545

Gwinnett County Law Department

75 Langley Drive

Lawrenceville, GA 30046

770-822-8700

tuwanda.williams@gwinnettcounty.com

/s/MELANIE F. WILSON

Senior Assistant County Attorney

Georgia Bar No. 768870
Gwinnett County Law Department
75 Langley Drive
Lawrenceville, GA 30046
770-822-8700
melanie.wilson@gwinnettcounty.com

*Attorneys for Gwinnett County Defendants*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

Dated: June 1, 2021

>  */s/ Phi Nguyen*
> PHI NGUYEN
>
> Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2021, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Dated: June 1, 2021

*/s/ Phi Nguyen*
PHI NGUYEN

Counsel for Plaintiffs