**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| ASIAN AMERICANS ADVANCING JUSTICE–ATLANTA, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*,<br><br>  Defendants. | Case No. 1:21-CV-01333-JPB<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO SUBSTITUTE "JOHN DOE," MEMBER OF THE GWINNETT COUNTY BOARD OF REGISTRATIONS AND ELECTIONS, IN AN OFFICIAL CAPACITY, FOR SANTIAGO MARQUEZ, MEMBER OF THE GWINNETT COUNTY BOARD OF REGISTRATIONS AND ELECTIONS, IN HIS OFFICIAL CAPACITY.** |

Plaintiffs ASIAN AMERICANS ADVANCING JUSTICE–ATLANTA, STEVEN J. PAIK, DEEPUM PATEL, NORA AQUINO, THUY HANG TRAN, THAO TRAN, and ANJALI ENJETI-SYDOW (collectively, "Plaintiffs") respectfully move this Court to substitute "John Doe," Member of the Gwinnett County Board of Registrations and Elections, in an official capacity, for Santiago Marquez, Member of the Gwinnett County Board of Registrations and Elections, in his official capacity.

1

Mr. Marquez resigned his official position as a Member of the Gwinnett County Board of Registrations and Elections days before Plaintiffs filed their amended complaint naming Mr. Marquez as a defendant in his official capacity, and his successor has not been appointed.

In an effort to spare Mr. Marquez and this Court needless confusion, Plaintiffs respectfully request that this Court grant this motion to name "John Doe" in Mr. Marquez's stead.  Plaintiffs' counsel has conferred with counsel for Defendants GWINNETT COUNTY BOARD OF REGISTRATIONS AND ELECTIONS, ALICE O'LENICK, WANDY TAYLOR, STEPHEN W. DAY, JOHN MANGANO, GEORGE AWUKU, SANTIAGO MARQUEZ and LYNN LEDFORD (collectively, "Gwinnett County Defendants") and is authorized to state that the Gwinnett County Defendants do not oppose this motion.

A proposed order granting the Motion is attached.

Respectfully submitted, this 7th day of June, 2021.

*/s/ Hillary Li*
HILLARY LI (Georgia Bar No. 898375)
PHI NGUYEN (Georgia Bar No. 578019)
**ASIAN AMERICANS ADVANCING JUSTICE–ATLANTA**
5680 Oakbrook Parkway, Suite 148
Norcross, Georgia 30093
404 585 8446 (Telephone)
404 890 5690 (Facsimile)
*pnguyen@advancingjustice-atlanta.org*
*hli@advancingjustice-atlanta.org*

EILEEN MA*
**ASIAN AMERICANS ADVANCING JUSTICE–ASIAN LAW CAUCUS**
55 Columbus Avenue
San Francisco, CA 94111
415 896 1701 (Telephone)
415 896 1702 (Facsimile)
*eileenm@advancingjustice-alc.org*

NIYATI SHAH*
TERRY AO MINNIS*º
**ASIAN AMERICANS ADVANCING JUSTICE–AAJC**
1620 L Street, NW, Suite 1050
Washington, DC 20036
202 815 1098 (Telephone)
202 296 2318 (Facsimile)
*nshah@advancingjustice-aajc.org*
*tminnis@advancingjustice-aajc.org*

LEO L. LAM*
R. ADAM LAURIDSEN*
CONNIE P. SUNG*
CANDICE MAI KHANH NGUYEN*
**KEKER, VAN NEST AND PETERS LLP**
633 Battery Street
San Francisco, CA 94111-1809
415 391 5400 (Telephone)
415 397 7188 (Facsimile)
*llam@keker.com*
*alauridsen@keker.com*
*csung@keker.com*
*cnguyen@keker.com*

*Attorneys for Plaintiff*
*\*Admitted pro hac vice*
*º Not admitted in D.C.*

3

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

Dated: June 7, 2021

          */s/ Hillary Li*
          HILLARY LI

          Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2021, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Dated: June 7, 2021

>*/s/ Hillary Li*
>HILLARY LI
>
>Counsel for Plaintiffs