# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ASIAN AMERICANS ADVANCING JUSTICE–ATLANTA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*, <br><br> Defendants. | Case No. 1:21-CV-01333-JPB <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JOHN MANGANO, MEMBER OF THE GWINNETT COUNTY BOARD OF REGISTRATIONS AND ELECTIONS, IN HIS OFFICIAL CAPACITY.** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs ASIAN AMERICANS ADVANCING JUSTICE–ATLANTA, STEVEN J. PAIK, DEEPUM PATEL, NORA AQUINO, THUY HANG TRAN, THAO TRAN, and ANJALI ENJETI-SYDOW hereby provide notice of dismissal of their claims in the above-captioned action, without prejudice, against DEFENDANT JOHN MANGANO, MEMBER OF THE GWINNETT COUNTY BOARD OF REGISTRATIONS AND ELECTIONS, IN HIS OFFICIAL CAPACITY.

1

Respectfully submitted, this 7th day of June, 2021.

*/s/ Hillary Li*
HILLARY LI (Georgia Bar No. 898375)
PHI NGUYEN (Georgia Bar No. 578019)
**ASIAN AMERICANS ADVANCING JUSTICE–ATLANTA**
5680 Oakbrook Parkway, Suite 148
Norcross, Georgia 30093
404 585 8446 (Telephone)
404 890 5690 (Facsimile)
*pnguyen@advancingjustice-atlanta.org*
*hli@advancingjustice-atlanta.org*

EILEEN MA*
**ASIAN AMERICANS ADVANCING JUSTICE–ASIAN LAW CAUCUS**
55 Columbus Avenue
San Francisco, CA 94111
415 896 1701 (Telephone)
415 896 1702 (Facsimile)
*eileenm@advancingjustice-alc.org*

NIYATI SHAH*
TERRY AO MINNIS*º
**ASIAN AMERICANS ADVANCING JUSTICE–AAJC**
1620 L Street, NW, Suite 1050
Washington, DC 20036
202 815 1098 (Telephone)
202 296 2318 (Facsimile)
*nshah@advancingjustice-aajc.org*
*tminnis@advancingjustice-aajc.org*

LEO L. LAM*
R. ADAM LAURIDSEN*
CONNIE P. SUNG*
CANDICE MAI KHANH NGUYEN*
**KEKER, VAN NEST AND PETERS LLP**
633 Battery Street
San Francisco, CA 94111-1809
415 391 5400 (Telephone)
415 397 7188 (Facsimile)
*llam@keker.com*
*alauridsen@keker.com*
*csung@keker.com*
*cnguyen@keker.com*

*Attorneys for Plaintiff*
*\*Admitted pro hac vice*
*º Not admitted in D.C.*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

Dated: June 7, 2021

> */s/ Hillary Li*
> HILLARY LI
>
> Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2021, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Dated: June 7, 2021

*/s/ Hillary Li*
HILLARY LI

Counsel for Plaintiffs