IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA, *et al.*,<br>　　　*Plaintiffs*,<br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*,<br>　　　*Defendants*.<br>_____ | CIVIL ACTION<br><br>FILE NO. 1:21-CV-01333-JPB |

**COUNTY DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED COMPLAINT**

Come now, the county boards of election and registration for Fulton, DeKalb, Gwinnett, Cobb, Clayton, and Forsyth Counties, along with the named elections officials from each county ("County Defendants"), and move the Court to dismiss Plaintiffs' First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and (6), showing the Court that Plaintiffs lack standing to bring their claims against the County Defendants. In support of the motion, County Defendants rely on their Brief in Support of Motion to Dismiss Plaintiffs' First Amended Complaint, filed concurrently with this motion.

1

Respectfully submitted this 12th day of July, 2021.

COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION, PHIL DANIELL, FRED AIKEN, PAT GARTLAND, JESSICA M. BROOKS, and DARYL O. WILSON, JR., Members of the Cobb County Board of Elections and Registration, in their official capacities, JANINE EVELER, Director of the Cobb County Board of Elections and Registration, in her official capacity;

BY:  **HAYNIE, LITCHFIELD & WHITE, PC**

/s/ *Daniel W. White*
DANIEL W. WHITE
Georgia Bar No. 153033
222 Washington Avenue
Marietta, GA  30060
(770) 422-8900
dwhite@hlw-law.com
*Attorneys for Cobb County Defendants*

***Consented to and joined by the following County Defendants:***

CLAYTON COUNTY BOARD OF ELECTIONS AND REGISTRATION, DARLENE JOHNSON, DIANE GIVENS, CAROL WESLEY, DOROTHY F. HALL, and PATRICIA PULLAR, Members of the Clayton County Board of Elections and Registration, in their official capacities, SHAUNA DOZIER, Clayton County Elections Director, in her official capacity;[1]

By:  **FREEMAN MATHIS & GARY, LLP**

/s/ *Jack R. Hancock*
Jack R. Hancock
Georgia Bar No. 322450
jhancock@fmglaw.com

---

[1] The Clayton County Defendants consent to and join in the arguments set forth in Sections II.B.ii and II.B.iii of the Brief in Support of Motion to Dismiss Plaintiffs' First Amended Complaint only.

                                      A. Ali Sabzevari
                                      Georgia Bar No. 941527
                                      asabzevari@fmglaw.com
                                      Freeman Mathis & Gary, LLP
                                      661 Forest Parkway, Suite E
                                      Forest Park, Georgia 30297
                                      (404) 366-1000 (telephone)
                                      (404) 361-3223 (facsimile)
                                      *Counsel for the Clayton County Defendants*

DEKALB COUNTY BOARD OF REGISTRATIONS AND ELECTIONS, ANTHONY LEWIS, SUSAN MOTTER, DELE L. SMITH, SAMUEL E. TILLMAN, and BAOKY N. VU, Members of the DeKalb County Board of Registrations and Elections, in their official capacities;[2]

By:                      **DEKALB COUNTY LAW DEPARTMENT**
                           /s/ *Irene B. Vander Els*
                           Irene B. Vander Els
                           Georgia Bar No. 033663
                           ivanderels@dekalbcountyga.gov
                           Bennett D. Bryan
                           Georgia Bar No. 157099
                           bdbryan@dekalbcountyga.gov
                           *Attorneys for DeKalb County Defendants*

---

[2] The DeKalb County Defendants consent to and join in the arguments set forth in Sections II.B.ii and II.B.iii of the Brief in Support of Motion to Dismiss Plaintiffs' First Amended Complaint only.

FORSYTH COUNTY BOARD OF VOTER REGISTRATIONS AND ELECTIONS, BARBARA LUTH, MATTHEW BLENDER, JOEL NATT, CARLA RADZIKINAS, and RANDY INGRAM, Members of the Forsyth County Registrations and Elections Board, in their official capacities, MANDI B. SMITH, Director of the Forsyth County Board of Elections and Registration in her official capacity;

By:             **JARRARD & DAVIS LLP**
              /s/ *Patrick D. Jaugstetter*
              Patrick D. Jaugstetter
              Georgia Bar No. 389680
              patrickj@jarrard-davis.com
              Jarrard & Davis LLP
              222 Webb Street
              Cumming, Georgia 30040
              (678) 455-7150 (telephone)
              (678) 455-7149 (facsimile)
              *Counsel for the Forsyth County Defendants*

FULTON COUNTY REGISTRATION AND ELECTIONS BOARD, ALEX WAN, MARK WINGATE, KATHLEEN D. RUTH, VERNETTA K. NURIDDIN, and AARON V. JOHNSON, Members of the Fulton County Registration and Elections Board, in their official capacities, RICHARD L. BARRON, Director of the Fulton County Registrations and Elections board, in his official capacity;

By:             **OFFICE OF THE FULTON COUNTY ATTORNEY**
              /s/ *Kaye Woodard Burwell*
              Georgia Bar Number: 775060
              kaye.burwell@fultoncountyga.gov
              Cheryl Ringer
              Georgia Bar Number: 557420
              cheryl.ringer@fultoncountyga.gov

        David R. Lowman
        Georgia Bar Number: 460298
        david.lowman@fultoncountyga.gov
        *Attorneys for Fulton County Defendants*

GWINNETT COUNTY BOARD OF REGISTRATIONS AND ELECTIONS, ALICE O'LENICK, WANDY TAYLOR, STEPHEN W. DAY, GEORGE AWUKU, and SANTIAGO MARQUEZ, Members of the Gwinnett County Board of Registrations and Elections, in their official capacities,
KELVIN WILLIAMS, Director of the Gwinnett County Board of Registrations and Elections, in his official capacity;

By:       **GWINNETT COUNTY LAW DEPARTMENT**
        /s/ *Tuwanda Rush Williams*
        Tuwanda Rush Williams
        Deputy County Attorney
        Georgia Bar No: 619545
        tuwanda.williams@gwinnettcounty.com
        /s/ *Melanie F. Wilson*
        Melanie F. Wilson
        Senior Assistant County Attorney
        Georgia Bar No. 768870
        Melanie.wilson@gwinnettcounty.com
        *Attorneys for Gwinnett County Defendants*

## CERTIFICATE OF COMPLAINCE WITH LOCAL RULE 7.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

                                    /s/ *Daniel W. White*
                                    DANIEL W. WHITE
                                    Georgia Bar No. 153033
                                    *Attorney for Cobb County Defendants*

HAYNIE, LITCHFIELD & WHITE, PC
222 Washington Avenue
Marietta, GA  30060
(770) 422-8900
dwhite@hlw-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2021, I electronically filed the foregoing COUNTY DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

/s/ *Daniel W. White*
DANIEL W. WHITE
Georgia Bar No. 153033
*Attorney for Cobb County Defendants*

HAYNIE, LITCHFIELD & WHITE, PC
222 Washington Avenue
Marietta, GA  30060
(770) 422-8900
dwhite@hlw-law.com