UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ASIAN AMERICANS ADVANCING JUSTICE–ATLANTA; et al., *Plaintiffs*, <br><br> v. <br><br> Brad RAFFENSPERGER, in his official capacity as the Georgia Secretary of State; et al., *Defendants*, <br><br> REPUBLICAN NATIONAL COMMITTEE; et al., *Intervenor-Defendants*. | No. 1:21-cv-1333-JPB |

## INTERVENORS' MOTION TO DISMISS

Intervenors ask this Court to dismiss Plaintiffs' amended complaint. Intervenors join the State's arguments for why the amended complaint fails to state a claim and add the arguments in the attached brief. For all those reasons, the Court should dismiss Plaintiffs' claims with prejudice and close this case.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 12, 2021 | /s/ *Tyler R. Green* |
| John E. Hall, Jr. | Tyler R. Green (*pro hac vice*) |
|   Georgia Bar No. 319090 | Cameron T. Norris (*pro hac vice*) |
| William Bradley Carver, Sr. | Steven C. Begakis (*pro hac vice*) |
|   Georgia Bar No. 115529 | CONSOVOY MCCARTHY PLLC |
| W. Dowdy White | 1600 Wilson Blvd., Ste. 700 |
|   Georgia Bar No. 320879 | Arlington, VA 22209 |
| HALL BOOTH SMITH, P.C. | (703) 243-9423 |
| 191 Peachtree St. NE, Ste. 2900 | tyler@consovoymccarthy.com |
| Atlanta, GA 30303 | cam@consovoymccarthy.com |
| (404) 954-6967 | steven@consovoymccarthy.com |

*Counsel for Intervenor-Defendants*

## CERTIFICATE OF COMPLIANCE

I certify that this document complies with Local Rule 5.1(B) because it uses 13-point Century Schoolbook.

/s/ *Tyler R. Green*

## CERTIFICATE OF SERVICE

On July 12, 2021, I e-filed this document on ECF, which will serve everyone requiring service.

/s/ *Tyler R. Green*