IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, ET AL., <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:21-cv-01333-JPB |

## **PETITION FOR LEAVE OF ABSENCE**

A. ALI SABZEVARI respectfully files this petition and notifies all judges before whom he has cases pending, all affected clerks of court, and all opposing counsel, that he will be on leave pursuant L.R. 83.1(E)(3).  The periods of leave during which time A. ALI SABZEVARI will be away from the practice of law is as follows:

- September 6, 2021 for personal travel/holiday.

- September 10, 2021 through and including September 13, 2021 for personal travel.

- September 27, 2021 through October 4, 2021 for personal travel.

- October 8, 2021 for law firm partner retreat.

- 1 -

- November 22 through November 26, 2021 for personal travel/holiday.

- December 27, 2021 through January 3, 2022 for personal travel/holiday.

- January 17, 2022 for personal travel/holiday.

- February 21, 2022 through February 28, 2022 for personal travel.

- April 4, 2022 through April 11, 2022 for personal travel.

**FREEMAN MATHIS & GARY, LLP**

*/s/ A. Ali Sabzevari*
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com

Attorney for Clayton County Defendants

661 Forest Parkway, Suite E
Forest Park, GA 30297-2257
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing **PETITION FOR LEAVE OF ABSENCE** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to all counsel of record who are CM/ECF participants.

This 4th day of August, 2021.

                                                            */s/ A. Ali Sabzevari*
                                                           A. Ali Sabzevari
                                                           Georgia Bar No. 941527

FREEMAN MATHIS & GARY, LLP
661 Forest Parkway
Suite E
Forest Park, Georgia  30297-2257
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)