# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| ASIAN AMERICANS ADVANCING JUSTICE—ATLANTA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, et al., <br><br> Defendants, <br><br> REPUBLICAN NATIONAL COMMITTEE, et al., <br><br> Intervenor-Defendants. | Civil Action No.: 1:21-CV-01333-JPB |

## **ORDER**

This matter having come before the Court upon the Joint Stipulation and Consent Motion of Plaintiffs Thao Tran and Deepum Patel, State Defendants, Clayton County Defendants, Cobb County Defendants, DeKalb County Defendants, Forsyth County Defendants, Fulton County Defendants, Gwinnett

2081436

County Defendants, and Intervenor-Defendants for Voluntary Dismissal of Plaintiffs Thao Tran and Deepum Patel, and upon consideration thereof and for good cause shown,

**IT IS HEREBY ORDERED** that the Joint Stipulation and Consent Motion for Voluntary Dismissals of Plaintiff Thao Tran and Deepum Patel is **GRANTED**.

The Court orders that all claims of *only* Plaintiffs Thao Tran and Deepum Patel shall be dismissed, with Plaintiffs Thao Tran and Deepum Patel, and all Defendants and Intervenor-Defendants to bear their own respective attorneys' fees, expenses, and costs. This Order does not apply to the claims of any of the remaining Plaintiffs, nor to the Defendants' and Intervenor-Defendants' defenses to the claims of the remaining Plaintiffs.

**IT IS SO ORDERED**.

ENTERED this  20th  day of  March , 2023.

*[signature]*

J. P. Boulee
United States District Judge

2081436