IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE GEORGIA SENATE BILL 202 | * | |
| | * | MASTER CASE NO.: |
| | * | |
| SIXTH DISTRICT OF THE | * | 1:21-MI-55555-JPB |
| AFRICAN METHODIST | * | |
| EPISCOPAL CHURCH, a Georgia | * | |
| nonprofit organization, et al. | * | |
| | * | |
| Plaintiffs, | * | |
| vs. | * | |
| | * | |
| BRIAN KEMP, Governor of the State | * | |
| of Georgia in his official capacity, et | * | |
| al., | * | |
| Defendants. | * | |

NOTICE OF APPEARANCE OF COUNSEL

Please note the appearance of Jacob C. Wilson as co-counsel of record for Defendants Macon-Bibb County Board of Elections, Mike Kaplan, Herbert Spangler, Joel Hazard, Karen Evans-Daniel, and Darius Maynard, Members of the Macon-Bibb County Board of Elections, in their official capacities, Jeanetta R. Watson, former Macon-Bibb County Elections Supervisor, in her official capacity, and Veronica Seals, Macon-Bibb County Chief Registrar, in her official capacity, in the above-styled civil action. Copies of all further pleadings, orders, and notices should additionally be sent to:

Jacob C. Wilson
Ga. Bar No. 274838
jacob@nolandlawfirmllc.com

NOLAND LAW FIRM, LLC
5400 Riverside Drive, Suite 205
Macon, Georgia 31210
(478)621-4980 telephone
(478)621-4282 facsimile

This 10th day of April, 2023.

/s/ Jacob C. Wilson
JACOB C. WILSON
Georgia Bar No. 274838
jacob@nolandlawfirmllc.com

NOLAND LAW FIRM, LLC
5400 Riverside Drive, Suite 205
Macon, Georgia 31210
(478)621-4980 telephone
(478)621-4282 facsimile

*Counsel for Defendants Macon-Bibb County Board of Elections, Mike Kaplan, Herbert Spangler, Joel Hazard, Karen Evans-Daniel, and Darius Maynard, Members of the Macon-Bibb County Board of Elections, in their official capacities, Jeanetta R. Watson, former Macon-Bibb County Elections Supervisor, in her official capacity, and Veronica Seals, Macon-Bibb County Chief Registrar, in her official capacity*

CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing has been prepared in accordance with the font type and margin requirements ser forth in Local Rule 5.1, using Times New Roman font and 14-point type.

This 10$^h$ day of April, 2023.

/s/ Jacob C. Wilson
JACOB C. WILSON
Georgia Bar No. 274838
jacob@nolandlawfirmllc.com

NOLAND LAW FIRM, LLC
5400 Riverside Drive, Suite 205
Macon, Georgia 31210
(478)621-4980 telephone
(478)621-4282 facsimile

CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

This 10th day of April, 2023.

/s/ Jacob C. Wilson
JACOB C. WILSON
Georgia Bar No. 274838
jacob@nolandlawfirmllc.com

NOLAND LAW FIRM, LLC
5400 Riverside Drive, Suite 205
Macon, Georgia 31210
(478)621-4980 telephone
(478)621-4282 facsimile